Same case below, 631 F.3d 476.

Same case below, 52 So. 3d 882.

**No. 10-11092. Demetrius Charles Howard, Petitioner v. California.**

565 U.S. 866, 132 S. Ct. 213, 181 L. Ed. 2d 116, 2011 U.S. LEXIS 6641.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of California denied.

Same case below, 51 Cal. 4th 15, 118 Cal. Rptr. 3d 678, 243 P.3d 972.

**No. 10-11093. Andrian Sherman, Petitioner v. Washington Department of Corrections, et al.**

565 U.S. 866, 132 S. Ct. 213, 181 L. Ed. 2d 116, 2011 U.S. LEXIS 6518.

October 3, 2011. Petition for writ of certiorari to the Superior Court of Washington, Clallam County, denied.

**No. 10-11095. Jesus Martinez-Gonzalez, Petitioner v. United States.**

565 U.S. 866, 132 S. Ct. 213, 181 L. Ed. 2d 116, 2011 U.S. LEXIS 6801.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 420 Fed. Appx. 777.

**No. 10-11096. Larry J. Julian, Jr., Petitioner v. Louisiana.**

565 U.S. 866, 132 S. Ct. 213, 181 L. Ed. 2d 116, 2011 U.S. LEXIS 6554.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Louisiana denied.

**No. 10-11098. Paul McCreary, Petitioner v. Howard Skolnik, et al.**

565 U.S. 867, 132 S. Ct. 214, 181 L. Ed. 2d 116, 2011 U.S. LEXIS 6413,

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Nevada denied.

Same case below, 127 Nev. 1158, 373 P.3d 941.

**No. 10-11099. Vongsavat Sayasane, Petitioner v. United States.**

565 U.S. 867, 132 S. Ct. 214, 181 L. Ed. 2d 116, 2011 U.S. LEXIS 6463.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 419 Fed. Appx. 482.

**No. 10-11100. Guillermo Rivera-Jurado, Petitioner v. United States.**

565 U.S. 867, 132 S. Ct. 214, 181 L. Ed. 2d 116, 2011 U.S. LEXIS 6857.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 418 Fed. Appx. 323.